UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

"IN ADMIRALTY"

CASE NO.: 20cv21859

In the Matter of the Complaint for Exoneration
from or Limitation of Liability by Jose Garcia,
as owner of the 2019 40' Beneteau Motor
Yacht bearing Hull Identification No.
BENER159L819,

    Petitioner.
_____/

**NOTICE TO CLAIMANTS OF COMPLAINT FOR
EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is given that the above-named Petitioner, JOSE GARCIA, has filed a Complaint, pursuant to 46 U.S.C. §30505 *et. seq.* for exoneration from or limitation of liability for all claims for any damages or injuries, arising out of or occurring as a result of an incident involving the 2019 40' Beneteau Motor Yacht bearing Hull Identification Number BENER159L819 on the navigable waters of the Miami River in Miami-Dade County, Florida, on or about March 8, 2020, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Supplemental Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States District Courthouse for the Southern District of Florida, 400 North Miami Avenue Miami, FL 33128 and must serve a copy thereof on attorneys for Petitioner on or before the **18th day of June, 2020** or be defaulted.

If any claimant desires to contest either the right to Exoneration From or the right to Limitation of Liability he shall file and serve on the attorneys for Petitioner an answer to the complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

DATED this 6___ day of _____May_____, 2020.

**Angela E. Noble**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By:_____*C.Quinones*_____
Deputy Clerk

cc: Craig P. Liszt, Esq.
Horr, Novak & Skipp, P.A.
Attorneys for Petitioner
Two Datran Center, Suite 1700
9130 South Dadeland Blvd.
Miami, Florida 33156
Telephone: 305-670-2525
Facsimile: 305-670-2526