UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21859-CIV-ALTONAGA/Goodman

In the Matter of the Complaint for Exoneration
from or Limitation of Liability by Jose Garcia,
as owner of the 2019 40' Beneteau Motor Yacht
bearing Hull Identification No. BENER159L819.

    Petitioner.
_____/

## ORDER

**THIS CAUSE** came before the Court based on electronic mail ("e-mail") titled, "response to case 20-21859-CIV-ALTONAGA/Goodman," received on August 7, 2020. The Court disregards the contents of the August 7 e-mail and informs Third-Party Defendant, Allison Dillon-Torres, that every pleading, motion, memorandum, or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court. No letters, pleadings, motions, or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be returned and disregarded by the Court.

**DONE AND ORDERED** in Miami, Florida, this 10th day of August, 2020.

                                                        **CECILIA M. ALTONAGA**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Allison Dillon-Torres