21859
CASE NO. 1:20-CV-21859-CMA



To Angela E. Noble

CLERK OF COURT

On March 8th 2020, I was out for the day accompanied Christian, I met a girl who is also a witness to this circumstance. Christian was invited by defendant who owns the boat defendant Jose Garcia invited all of us to join him on the Boat. So while we were enjoying the boat We then proceeded to have dinner at Casa Blanca Restaurant. Defendant park the boat at the ducks of Casa Blanca. After dinner they were trying to figure out how to pay the bill. While they were deciding on how to pay the bill, Stephanie and I decided to leave we told Jose Garcia and Christian we will be waiting for them in the boat. While we were waiting on the boat I was telling Stephany the story of how I got my car driver's license in my country by explaining which was in similarity to the steering wheel of Jose Garcia's boat. The boats wheel. It reminded me of a simulator

I did not know or was aware that the boat was on. Jose Garcia's captain Parked the boat I had no idea he left his boat running. It was totally unintentional, not malicious a complete accident as I just moved the wheel and the boat started moving by itself Jose has to take accountability for this careless mistake and not blame me for this situation. The boat moved and I was not operating this boat or driving this boat. This is a complete defamation of characters' band slander because what they are saying did not happen and it's lie. As far as they are claiming to have injuries the boat did not touch them or harm anyone else. I am not responsible for this boat being left turned on. The boat was left on and running without my knowledge at all. I also have a witness that can testify to this on my behalf. All these years I have never been in any trouble with the police or am I a criminal or a drunk person. I only drink socially I do not break or violate laws. I have no criminal record of any kind. I have never been served through Maria Gomez I don't have a co-residence I don't know who Maria Gomez is I can prove this so this information is false. I just want the opportunity to prove my innocence and to defend myself because all these accusations are fakes untrue and not the real story of what took place in this matter.

Thank you

Allison Dillon Torres

August 17, 2020