.

FILED BY  PG  D.C.

SEP 24 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO> 20-21859-CIV-ALTONAGA/Goodman**

In the Matter of the Complaint for Exoneration from or Limitation of Liability by Jose Garcia, as owner of the 2019 40" Beneteau Motor Yacht bearing Hull Identification No. BENER159L819

_____/

**THIRD PARTY DEFENDANT Allison Dillon Torres Answers all Third Party Complaints as follows:**

**1)** This Defendant denies all allegations in the Complaints except the following:

a) I was on the boat at the time of the accident; and

b) The boat had an accident.

**2)** This Defendant affirmatively states the following as a defense or Affirmative Defense to these Complaints: I was given permission to be on the boat by the owner, Jose Garcia both originally and after dinner. I did not turn on the boat and did not attempt to operate it. I did touch the steering wheel but did not intentionally engage any motor or try to steer the boat. The motor was already on when I got back on the boat.

**WHEREFORE**, I respectfully request that the Court dismiss all Third Party Complaints against me with prejudice.

I HEREBY CERTIFY that a copy of this Answer is being simultaneously mailed to all attorneys of record as set forth below.

**Mustafa Hasan Dandashly**
1 SE 3rd Avenue, Suite 3020
Miami, FL 33131

**Sidney Arthur Goldberg**
Goldberg and Rosen P.A.
1111 Brickell Ave
Suite 2180
Miami, FL 33131

**John W. Keller, III**
121 Majorca Avenue
Miami, FL 33134
**Jonathan William Skipp and Craig Patrick Liszt**
Horr, Novak and Skipp, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Blvd.
Miami, FL 33156

**Sheyla Mesa**
Keller & Bolz, LLP
121 Majorca Avenue
Suite 200
Coral Gables, FL 33134

**Robert D. Peltz**
The Peltz Law Firm
10220 SW 141 Street
Miami, FL 33176

Allison Dillon Torres          Date

_signature_          Sep. 11 / 2020

August 27, 2020

To Whom It May Concern:

On March 8, 2020, I, Stephany Zapata, was invited by a friend on the boat of Mr. Jose Garcia. Upon arrival to the boat, I was introduced to Mr. Jose Garcia and his two guests, Ms. Allison Dillon and Mr. Christian Estrada.

After a few hours out at sea with Mr. Garcia, his guests, and my friends, we went to Casablanca Restaurant for dinner. After the dinner, Ms. Dillon and I were invited to go wait on Mr. Garcia's boat while the men discussed and took care of the check payment.

While on the boat, I conversed with Ms. Dillon to get to know each other, as it was my first time meeting her. At one point she began to tell me a story about obtaining her drivers license in her native country and accidentally bumped the boat throttle.

Once the throttle was accidentally bumped, the boat began to move. I can 100% confirm this act was an accident, as Ms. Dillon never intended to move the boat. Moreover, at no point did Ms. Dillon turn any key, which leads one to conclude the boat's motors were on when we boarded the vessel.

Had I seen Ms. Dillon attempt to purposely turn on the ignition or tell me she planned on moving the boat, I would have stopped her because it would have put both of our lives in danger. As the only other person onboard the boat when the accident occurred, I can guarantee that Ms. Dillon never had the intent to drive or move the boat and that the entire act was an unfortunate accident.

If you have any additional questions, please e-mail me at [redacted].

Respectfully Yours,

Stephany Zapata

From:

To:

MIAMI FL 330
21 SEP 2020 PM 4 L

Clerk of Court - Civ. Willie D Ferguson Federal
Chse. 400 N Miami Ave, Room 8N09,
Miami FL 33130

From: Allison Dillon Torres
475 Brickell Ave, Miami FL, 33131



USMS
INSPECTED RECEIVED
SEP 24 2020
1:11 PM