IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21859-CMA

In the Matter of the Complaint for
Exoneration from or Limitation of
Liability by Jose Garcia, as owner
of the 2019 40' Beneteau Motor
Yacht bearing Hull Identification
No. BENER159L819,

   Petitioner,
_____/

SOBE-IT 440, LLC,

   Third Party Plaintiff,

v.

IRAN FLEITAS and
ALLISON DILLON-TORRES, *in personam,*
and, the 2019 40' BENETEAU Motor
Yacht bearing Hull Identification
No. BENER159L819, *in rem,*

   Third Party Defendants.
_____/

## SOBE-IT 440, LLC'S SECOND NOTICE RE: COURT ORDER

   Claimant/Third Party Plaintiff, SoBe-It 440 LLC ("SoBe-It"), by and through its undersigned counsel, and pursuant to this Court's September 14, 2020 Order [ECF No. 121], hereby files this Second Notice.

   On July 24, 2020, SoBe-It filed an Amended Third Party Complaint against Third Party Defendants, Iran Fleitas ("Fleitas"), Allison Dillon-Torres, and the 2019 40' Beneteau Motor Yacht bearing Hull Identification No. BENER159L819, *in rem* [ECF No. 62]. On August 21,

2020, Fleitas was served with a copy of SoBe-It's Amended Third Party Complaint [ECF No. 112].  On the other hand, efforts by two separate process service firms, attempting to serve SoBe-It's Third Party Complaint on Dillon-Torres (on multiple occasions) have been unable to confirm service of process.

However, by email dated September 9, 2020 from Dillon-Torres to undersigned counsel, Dillon-Torres advised, in part, that she "… checked the documents you sent me.  I honestly don't know how to properly respond to this."  (Copy of email is attached as Ex. "A".)  Shortly thereafter, undersigned counsel received two identical documents entitled "Third Party Defendant Allison Dillon-Torres Answers all Third Party Complaints…..:": one served by mail dated September 21, 2020, (copy attached as Ex. "B"), and, the second served via the Court's system identified as ECN #103 filed September 24, and, dated September 11, 2020.

Paragraph 2 of the Order [ECF No. 121] required SoBe-It to serve the Third Party Complaint and file proof of service by September 24, 2020.  Federal Rule of Civil Procedure 55(a) provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."  Fed. R. Civ. P. 55(a).  Insofar as Dillon-Torres has answered the Third Party Complaint filed by SoBe-It, it is respectfully submitted that proof of service of its Third-Party Complaint on her is moot and requests that the Court not take action with respect to the Order in regard to service of its Amended Third Party Complaint upon Dillon-Torres.

Dated:  September 24, 2020.

        Respectfully submitted,

        KELLER & MESA, LLP
        Attorneys for Plaintiff
        121 Majorca Avenue, #200
        Coral Gables, FL  33134
        Telephone: (305) 529-8500
        Telefax: (305) 529-0228
        Email: jkeller@kellermesa.com

        By:  *s/ John W. Keller, III*
          John W. Keller, III
          Florida Bar No. 229989