UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21859-CIV-ALTONAGA/Goodman

In the Matter of the Complaint for Exoneration
from or Limitation of Liability by Jose Garcia,
as owner of the 2019 40' Beneteau Motor Yacht
bearing Hull Identification No. BENER159L819.

    Petitioner.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

The Court has been advised that the parties have amicably settled this matter. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal with the Court within sixty (60) days of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of November, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record