IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21859-CMA

In the Matter of the Complaint for Exoneration
from or Limitation of Liability by Jose Garcia,
as owner of the 2019 40' Beneteau Motor
Yacht bearing Hull Identification No.
BENER159L819,

    Petitioner.

_____/

**PETITIONER'S MOTION FOR ENTRY OF CLERK'S
DEFAULT AGAINST NON-FILING PARTIES**

Petitioner, JOSE GARCIA, as owner of the 2019 40' Beneteau Motor Yacht bearing Hull Identification No. BENER159L819, pursuant to Fed. R. Civ. P. 55(a) and Supplemental Rule F, hereby move for Entry of Default by the Clerk Against all Non-Appearing Potential Claimants, and in support thereof, states as follows:

1. On May 4, 2020, Petitioner filed a Complaint for Exoneration from or Limitation of Liability pursuant to the Limitation of Liability Act, 46 U.S.C. §§30501-30512, and Supplemental Rule F for any injuries, death, damages, or losses of whatever description arising from an incident involving the 2019 40' Beneteau Motor Yacht bearing Hull Identification No. BENER159L819 (the "Vessel") on March 8, 2020 (the "Incident"). ECF 1.

2. Pursuant to Supplemental Rule F(4) and Local Rule F(1), the Court issued an Order Approving *Security and Value, Directing Issuance of Notices and Restraining Suits* requiring potential claimants to serve on Petitioner's attorneys their claims on or before June 18, 2020. ECF 5

3. Petitioner has complied with the Rule F requirements for publishing. See <u>Exhibit 1</u>, attached hereto.

4. Petitioner also provided written notice to all known claimants.

5. The deadline for receipt of claims and answers has expired.

6. Therefore, pursuant to the Court's Order Approving Security and Value, Directing Issuance of Notices and Restraining Suits, Supplemental Rule F and Rule 55(a), entry of Default against any parties having an interest in this matter that have not asserted claims is proper.

WHEREFORE, Petitioner respectfully requests an entry of Default by the Clerk against all non-filing parties having an interest in this matter.

Dated: November 18, 2020

  /s/*Craig P. Liszt*
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 670-2526

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2020, that this document was electronically filed with the Clerk of Court using CM/ECF and served by email transmission on the following parties list on the attached service list.

    *s/Craig P. Liszt*
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
**HORR, NOVAK & SKIPP, P.A.**
*Attorneys for Petitioner*
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
Primary E-Mail Address: service@admiral-law.com

## SERVICE LIST

The Peltz Law Firm
**Robert D. Peltz, Esq.**
P.O. Box 56-6556
Miami, FL  33256
Email:  RPeltz@gmail.com
*Attorney for Claimant, Joseph Whalen*

Keller & Mesa, LLP
**John W. Keller, III, Esq.**
121 Majorca Avenue
Suite#200
Coral Gables, FL  33134
Email:  JKeller@kelerbolz.com
*Attorney for Claimant, SoBe-It 440, LLC*

Goldberg & Hirsch, P.A.
**Sidney A. Goldberg, Esq.**
3020 Sun Trust International Center
One S.E. Third Avenue
Miami, FL  33131
Email:  SGoldberg@goldberghirshpa.com
*Co-Counsel for Claimant, Joseph Whalen*

Goldberg & Rosen, P.A.
**Mustafa Dandashly, Esq.**
1111 Brickell Avenue – Ste 2180
Miami, FL  33131
Email:  pleadings@goldbergandrosen.com;
mhd@goldbergandrosen.com;
evelyn@goldbergandrosen.com
*Attorney for Claimant, Robert Roffey*