UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PLAINTIFF(S)

CASE NUMBER
1:20−cv−21859−CMA

v.

ALL POTENTIAL CLAIMANTS,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**All Potential Claimants**

as of course, on the date November 18, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Carlos Davis*
Deputy Clerk

cc:  Judge Cecilia M. Altonaga
     Joseph F Whelan

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)