UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21859-CIV-ALTONAGA/Goodman

In the Matter of the Complaint for Exoneration
from or Limitation of Liability by Jose Garcia,
as owner of the 2019 40' Beneteau Motor Yacht
bearing Hull Identification No. BENER159L819,

    Petitioner.
_____/

## PARTIAL FINAL DEFAULT JUDGMENT

Pursuant to the Court's Order [ECF No. 137] granting Petitioner, Jose Garcia's Motion for Entry of Final Default Judgment of Exoneration against All Non-Appearing Potential Claimants [ECF No. 136], it is

**ORDERED AND ADJUDGED** that a judgment of exoneration by default is hereby entered in favor of Petitioner, Jose Garcia, and against all non-appearing potential claimants.

**DONE AND ORDERED** in Miami, Florida, this 20th day of November, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record